# UNITED STATES DISTRICT COURT
## District of Minnesota

Libia Maria Juela Bueno,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-2273 JMB/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to remove Petitioner Libia J.B.'s ankle monitor immediately, and in any event no later than 4:00 p.m. CT on April 22, 2026.

2. On or before 11:00 a.m. CT on April 23, 2026, counsel for Respondents shall file a letter affirming that they have removed Petitioner Libia J.B.'s ankle monitor. Counsel shall also, on or before 11:00 a.m. CT on April 23, 2026, file a declaration pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where Petitioner Libia J.B. was released from ankle monitoring and attaches any and all relevant documentation.

3. Petitioner Libia J.B. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 20 U.S.C. §

2412(d).

4. To the extent Petitioner Libia J.B. seeks additional relief, the Petition is DENIED.

Date: 4/21/2026

KATE M. FOGARTY, CLERK